In re:  Case No. 18-33560-maw
Ann Elizabeth Bruns  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-3      User: admin      Page 1 of 2
Date Rcvd: Sep 26, 2024      Form ID: 3180W      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ann Elizabeth Bruns, 117 E. Auglaize St., Wapokoneta, OH 45895-1506 |
| ust | + | Cherie Jackson, 1263 Churchill Rd Lyndhurst Ohio 44124, Lyndhurst, OH 44124-1305 |
| cr | + | Peoples Federal Savings And Loan Association of Si, c/o Joshua Koltak, 100 South Main Avenue, Suite 300, Sidney, OH 45365-2771 |
| 25746036 | + | Bellefontaine Radiologist, PO Box 1049, Lima OH 45802-1049 |
| 25746039 | + | Faulkner Garmhausen Keister, Shenk, Courtview Center Ste 300, 100 S Main Ave, Sidney OH 45365-2771 |
| 25746041 | + | Logan County Treasurer, 100 South Madriver St, Rm 104, Bellefontaine OH 43311-2031 |
| 25746043 | + | Minster Bank, 607 Defiance St, Wapakoneta OH 45895-1122 |
| 25746044 | + | Peoples Federal Savings Loan, 101 E Court St, PO Box 727, Sidney OH 45365-0727 |
| 25847642 | + | Peoples Federal Savings and Loan Assn., c/o Joshua A. Koltak, 100 S. Main Ave., Suite 300, Sidney, OH 45365-2771 |
| 25746045 | + | Reeves Sherrick, 973 West North Street, Lima OH 45805-2457 |
| 25983896 | + | Reeves and Sherrick Co., LPA, 973 West North St, Lima, OH 45805-2457 |
| 25746046 | + | Republic Services, 2946 US Route 68 North, Bellefontaine OH 43311-9218 |
| 27362466 | + | The Farmers & Merchants State Bank, c/o Joshua A. Koltak, FGKS Law, 100 S. Main Ave., Ste. 300, Sidney, OH 45365-2771 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Sep 26 2024 20:39:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| 25746037 | + | Email/Text: bankruptcynotices@cbecompanies.com | Sep 26 2024 20:39:00 | CBE Group, 1309 Technology Pkwy, Cedar Falls IA 50613-6976 |
| 25746038 | + | Email/Text: bknotice@ercbpo.com | Sep 26 2024 20:39:00 | Charter Communications, c/o Enhanced Recovery Co, 8014 Bayberry Rd, Jacksonville FL 32256-7412 |
| 25746040 | + | EDI: LCIICSYSTEM | Sep 27 2024 00:28:00 | I C System Inc, P O Box 64437, Saint Paul MN 55164-0437 |
| 25746042 | | EDI: SYNC | Sep 27 2024 00:28:00 | Lowes Business Acct/SYNCB, PO Box 530970, Atlanta GA 30353-0970 |
| 25746047 | | Email/Text: dl-csgbankruptcy@charter.com | Sep 26 2024 20:40:00 | Spectrum, 1015 Olentangy River Rd, Columbus OH 43212-3148 |
| 25826522 | ^ | MEBN | Sep 26 2024 20:35:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 27546738 | + | EDI: AIS.COM | Sep 27 2024 00:34:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma, City, OK 73118-7901 |
| 25794288 | ^ | MEBN | Sep 26 2024 20:33:03 | THE SOS GROUP, 29065 CLEMENS RD STE 200, WESTLAKE, OH 44145-1179 |
| 25950304 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 26 2024 20:39:00 | UNITED STATES DEPARTMENT OF |

EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Farmers & Merchants State Bank |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth A. Vaughan | 13ECFNotices@chapter13toledo.com  toledo13@ecf.epiqsystems.com;trusteeOHNB5T@ecf.epiqsystems.com |
| Joshua Koltak | on behalf of Creditor Peoples Federal Savings And Loan Association of Sidney jkoltak@fgks-law.com  mbrautigam@fgks-law.com |
| Joshua Koltak | on behalf of Creditor The Farmers & Merchants State Bank jkoltak@fgks-law.com  mbrautigam@fgks-law.com |
| Randy Lee Reeves | on behalf of Debtor Ann Elizabeth Bruns ecf@reeveslpa.com  reevesecf@gmail.com;l.rr77661@notify.bestcase.com |

TOTAL: 4

**Information to identify the case:**

| Debtor 1 | Ann Elizabeth Bruns | Social Security number or ITIN xxx–xx–5433 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 | | Social Security number or ITIN ____ |
| (Spouse, if filing) | First Name  Middle Name  Last Name | EIN __–_____ |
| United States Bankruptcy Court | Northern District of Ohio | |
| Case number: | 18–33560–maw | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Ann Elizabeth Bruns

<u>9/25/24</u>

**By the court:** <u>MARY ANN WHIPPLE</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**